# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 24, 2023

Clerk
United States Court of Appeals
  for the Fourth Circuit
Lewis F. Powell Jr. Courthouse and
  Annex
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

      **Re:  Kerr, Dir., SC Dept. of Health**
          **v. Planned Parenthood, et al.**
          **No. 21-1431 (Your docket No. 21-1043)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                    Sincerely,

                                    SCOTT S. HARRIS, Clerk

                                    By

                                    M. Altner
                                    Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 24, 2023

Mr. John J. Bursch, Esq.
Bursch Law PLLC
9339 Cherry Valley SE, #78
Caledonia, MI 49316

Ms. Nicole A. Saharsky, Esq.
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006

Re: **Kerr, Dir., SC Dept. of Health
v. Planned Parenthood, et al.
No. 21-1431**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fourth Circuit.

The petitioner is given recovery of costs in this Court as follows:

**Clerk's costs:**       **$300.00**

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

*M. Altner*
M. Altner
Judgments/Mandates Clerk

cc: Clerk, 4th Cir.
    (Your docket No. 21-1043)

# Supreme Court of the United States

No. 21–1431

**ROBERT M. KERR, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES,**

Petitioner

v.

**PLANNED PARENTHOOD SOUTH ATLANTIC, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *Health and Hospital Corporation of Marion Cty.* v. *Talevski*, 599 U. S. ___ (2023).

**IT IS FURTHER ORDERED** that the petitioner, Robert M. Kerr, Director, South Carolina Department of Health and Human Services, recover from Planned Parenthood South Atlantic, et al., Three Hundred Dollars ($300.00) for costs herein expended.

June 20, 2023

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States