Filed: July 24, 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

SUPPLEMENTAL BRIEFING ORDER

_____

No. 21-1043,   <u>Planned Parenthood South Atlantic v. Robert Kerr</u>
3:18-cv-02078-MGL

The court directs supplemental briefing as follows:

Supplemental opening brief due: 08/23/2023

Supplemental response brief due: 09/22/2023

Supplemental reply brief permitted by: 10/13/2023

The briefs and any supplemental appendix must conform to the **Fourth Circuit Brief & Appendix Requirements** and the **Appendix Pagination & Brief Citation Guide** (available as links from this order and at **www.ca4.uscourts.gov**).

/s/ PATRICIA S. CONNOR, CLERK
By: Cathi Bennett, Deputy Clerk