**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 26, 2023

_____

CASE REMOVED FROM TENTATIVE CALENDAR
_____

No.    21-1043,        <u>Planned Parenthood South Atlantic v. Robert Kerr</u>
                      3:18-cv-02078-MGL

TO: Counsel

Please be advised that the court has removed this case from the group of cases tentatively calendared for oral argument. The court will issue a new notice of session assignment should the case be rescheduled for argument at a later session.

Joseph L. Coleman, Jr.
Calendar Clerk
804-916-2714